**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **In Re: John L. Leach and Michele A. Leach** | ) | **Case No. 16-31791-amn** |
| **Debtor** | ) | **Chapter 13 Proceeding** |
| | ) | **December 21 2016** |

## OBJECTION TO CONFIRMATION OF PLAN

The Creditor, **Wells Fargo Bank, N.A.,** hereby objects to confirmation of the Debtor's Chapter 13 Plan (the "Plan") filed December 13, 2016 in connection with the above referenced matter for the following reasons:

1. The Plan does not account for the Creditor's arrearage in the estimated amount of $13,216.22 with an estimated total debt of $203,427.44. The Creditor intends to file its proof of claim by the deadline, April 6, 2017.

By /s/ *William R. Dziedzic*
William R. Dziedzic
Movant's Attorney
Federal Bar No.ct27817
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **In Re: John L. Leach and Michele A. Leach** | ) | **Case No. 16-31791-amn** |
| **Debtor** | ) | **Chapter 13 Proceeding** |
| | ) | **December 21, 2016** |

CERTIFICATION OF SERVICE

I hereby certify that on this 22nd day of December, 2016, a copy of the foregoing was served to the following:

John L. Leach and Michele A. Leach
Debtor
100 Westport Drive
Waterbury, CT 06706
*Via First Class Mail*

George C. Tzepos, Esq.
Debtor's Attorney
444 Middlebury Road
Middlebury, CT 06762
*Via Electronic Notice of Filing*

Molly T. Whiton, Esq.
Trustee
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106-0000
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
*Via Electronic Notice of Filing*

By /s/ *William R. Dziedzic*
William R. Dziedzic
Movant's Attorney
Federal Bar No.ct27817
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com